UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ALEXANDER ALDANA-BALLADARES<br><br>　　　　　　　　Defendant. | CASE NO. 11CR4307-H<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: _8 USC 1326(a) and (b)_         .

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: NOVEMBER 22, 2011

　　　　　　　　　　　　　　　　_Ruben Brooks_
　　　　　　　　　　　　　　　　RUBEN B. BROOKS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


　　　　　　　　　　　　　　　　ENTERED ON _____